No. 1,209.

41   619
112   335

STATE OF LOUISIANA VS. LOUIS TRANCHON.

In criminal cases the Supreme Court has jurisdiction only on questions of law. A motion for a new trial which presents no question of law will not be considered by this court.

APPEAL from the Criminal District Court for the Parish of Orleans. *Baker*, J.

*John J. Finney*, Assistant District Attorney, for the State, Appellee.

*J. H. Ferguson* for Defendant and Appellant.

The opinion of the Court was delivered by

McEnery, J. The defendant was indicted for the crime of murder, found guilty and sentenced, from which he appeals.

The only reason assigned for a reversal of the judgment is the ʳ ʄ ʳsal of the lower court to grant a new trial. The motion filed for ɴew trial alleged:

1. "That the verdict of the jury is contrary to the law and the evidence.

2. " That the State failed to prove malice."

There is no question of law presented in the motion. The Supreme Court has jurisdiction in criminal cases on questions of law only. Art. 81, Cons. 1879.

Judgment affirmed.